# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 3, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The status conference is adjourned to November 10, 2022 at 11:00 a.m. Time is excluded until November 10, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> October 4, 2022

**RE:     United States v. James Garcia**
           **22 Cr. 450 (RA)**

Dear Judge Abrams:

    I write on behalf of my client, James Garcia, in the above-captioned matter to request an adjournment of his status conference, currently set for October 6, 2022 at 10:30 am. The Government consents to this request. The parties have met and conferred about a possible pretrial disposition in this matter, and respectfully request an adjournment to continue negotiations. The parties are available for a status conference any time on Monday, November 7; Wednesday, November 9 after 1pm; and Thursday, November 10 before 2pm.

    The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

*/s/*
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:     Amanda Weingarten, Assistant U.S. Attorney