UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES GARCIA,<br><br>Defendant. | No. 22-CR-450<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court received the attached letter from Mr. Garcia dated August 9, 2023. The Government shall file a response by September 1, 2023. The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Garcia.

SO ORDERED.

Dated:   August 18, 2023
         New York, New York

Ronnie Abrams
United States District Judge

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Date: 8-9-23

Dear Judge Ronnie Abrams:

    The government confiscated my personal property which was not the product of my crime, at the time of my arrest. I would like the property returned or applied to my restitution. I would like the opportunity to provide an inventory of those items that were confiscated. Please let me know if this is an Avenue I can pursue with the Court, so that I may use these items to pay my restitution.

Sincerely,
James Garcia 15536510





NEW YORK NY 100
14 AUG 2023 PM 11 L

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

James Garc
MDC Brooklyn
P.O. Box 329000
Brooklyn N.Y. 11232

3056

USMAID
USDNY
USDNY

Legal mail