UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES GARCIA,<br><br>Defendant. | 22-cr-450 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Garcia dated July 5, 2024. No later than August 9, 2024, Mr. Garcia shall submit a letter to the Court indicating whether he agrees to the recharacterization of his motion as a petition for habeas relief under 28 U.S.C. § 2255. *See Adams v. United States*, 155 F.3d 582, 584 (2d Cir. 1998).

Mr. Garcia is advised that a § 2255 motion must be brought within one year from the latest of: (1) "the date on which the judgment of conviction becomes final," (2) "the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action," (3) "the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review," or (4) "the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence." 28 U.S.C. § 2255(f). Additionally, "[t]he Anti-Terrorism and Effective Death Penalty Act . . . severely limits a petitioner's ability to bring second or successive petitions for habeas corpus." *United States v. Kinyua*, No. 02-CR-173, 2002 WL 31357700, at *2 (S.D.N.Y. Oct. 17, 2002); *see also* 28 U.S.C. § 2255(h).

2

The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Garcia.

SO ORDERED.

Dated:          July 16, 2024
                New York, New York

_____
Ronnie Abrams
United States District Judge

2